**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROBERT BENCHOFF, | |
| Plaintiff, | CIVIL ACTION NO. 3:11-CV-1106 |
| v. | |
| DIANE YALE, et al., | (JUDGE CAPUTO) |
| Defendants. | |

## ORDER

**NOW**, this 14th day of September 2012, **IT IS HEREBY ORDERED** that:

(1)    Plaintiff's Motion for Appointment of Counsel (Doc. 114) is **DENIED**.

(2)    Plaintiff's Motion for a Preliminary Injunction and Motion for a Temporary Restraining Order (Doc. 110) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge