# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT BENCHOFF, | : | |
| Plaintiff | : | Civil No. 3:11-CV-1106 |
| v. | : | (Mannion, D.J.) |
| DIANE YALE, et al., | : | (Blewitt, M.J.) |
| Defendants | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the report and recommendation of Judge Blewitt, **(Doc. No. 168)**, is **ADOPTED IN FULL**;

**(2)** plaintiff's motion for partial summary judgment, **(Doc. No. 107)**, is **DENIED**;

**(3)** defendants' motion for summary judgment, **(Doc. No. 153)**, is **GRANTED**;

**(4)** plaintiff's motion for extension of time, **(Doc. No. 169)**, is **DENIED**;

**(5)** the plaintiff's appeal, **(Doc. No. 172)**, of the order of Judge Blewitt entered on August 14, 2013 is **DENIED**; and

**(6)** the Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 30, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2011 MEMORANDA\11-1106-01-order.wpd